# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEIGAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYDAC TECHNOLOGY CORPORATION,<br><br>　　　　　Defendant. | No. 1:17-CV-01281-LJO-SKO<br><br>**ORDER EXTENDING INITIAL DISCLOSURE DEADLINE**<br><br>(Doc. 15) |

　　　　Before the Court is the parties' Joint Stipulation to Extend the Initial Disclosures Deadline, filed on February 9, 2018, requesting that the initial disclosure deadline be extended from February 12, 2018, to March 12, 2018. (Doc. 15.) The parties indicate that they are currently engaged in settlement discussions, and that such an extension will not otherwise affect the other dates in the Court's Scheduling Order (Doc. 14). (*Id*.) Based on the parties' Stipulation, and for good cause shown pursuant to Fed. R. Civ. P. 16(b)(4), **the Court hereby GRANTS the request and EXTENDS the deadline for initial disclosures from February 12, 2018, to March 12, 2018. This extension does not alter any other scheduled deadlines.**

IT IS SO ORDERED.

Dated: 　**February 12, 2018**　　　　　　　　／s／ *Sheila K. Oberto*

1

| | UNITED STATES MAGISTRATE JUDGE |
|---|---|